# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163-23 |
| | ) | Judge Trauger |
| SHAWN HOWELL | ) | |

## O R D E R

The Motion to Adopt Defendant Prince's Motion For Severance of Defendants and Incorporated memorandum in Support Thereof (Docket No. 590) is **GRANTED**. That is, defendant Howell will be allowed to adopt the severance motion filed by defendant Brandon Prince (Docket No. 567).

A ruling on the motions to sever by defendants Prince and Howell has not yet been made.

It is so **ORDERED**.

ENTER this 19th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge